

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 15, 2022

**VIA EMAIL**

The Honorable Jed S. Rakoff
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Suni Munshani and Suresh Munshani*, 22 Cr. 215 (JSR)

Dear Judge Rakoff:

    The Government writes to respectfully request that the Court exclude time under the Speedy Trial Act between April 15, 2022, and May 3, 2022, the date set by the Court for an arraignment and initial conference in the above-referenced case. The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted to allow time for defendant Suni Munshani to retain counsel, for the Government to prepare and the defendants to begin review of discovery, and for the parties to engage in discussions of potential pretrial resolutions of this case. Defense counsel for defendant Suresh Munshani has no objection to this request. During a call with the Court this afternoon, defendant Suni Munshani, who is currently *pro se*, expressed no objection when the Government alerted the Court to the Government's intention to make this request.

                                                Respectfully submitted,

SO ORDERED                             DAMIAN WILLIAMS
                                              United States Attorney

/s/ Jed S. Rakoff
USDJ
4-15-22

                                        By: _____
                                              Timothy Capozzi
                                              Assistant United States Attorney
                                              (212) 637-2404

cc:    Lance Clarke, Esq. (by email)
        Mr. Suni Munshani (by email)