**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

v.

SUNI MUNSHANI and SURESH
MUNSHANI,

Defendants.

No. 22-cr-215

---

## STIPULATION AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned, subject to this Court's approval, that:

1.      Lance A. Clarke of the law firm Hamilton Clarke, LLP, 48 Wall Street, Suite 1100, New York, New York 10005 withdraws and is granted leave to withdraw as counsel for Defendant Suresh Munshani;

2.      Martin H. Kaplan and Kari Parks of the law firm Gusrae Kaplan Nusbaum PLLC, 120 Wall Street, 25th Floor, New York, New York 10005, are substituted for Mr. Clarke as counsel for Defendant Suresh Munshani;

3.      This substitution is made at the request of Defendant Suresh Munshani; and

4.      The United States of America consents to Mr. Munshani's substitution of counsel.

1

Dated: May 26, 2022
        New York, New York

GUSRAE KAPLAN NUSBAUM PLLC          HAMILTON CLARKE, LLP

/s/ Martin H. Kaplan                 /s/ Lance A. Clarke
Martin H. Kaplan                     Lance A. Clarke
Kari Parks                           Hamilton Clarke, LLP
120 Wall Street, 25th Floor          48 Wall Street, Suite 1100
New York, New York 10005             New York, New York 10005
(212) 269-1400                       (212) 729-0952
mkaplan@gusraekaplan.com             LC@HamiltonClarkeLLP.com
kparks@gusraekaplan.com

DEFENDANT SURESH MUNSHANI

/s/ Suresh Munshani



SO ORDERED:


_____
The Honorable Jed S. Rakoff, U.S.D.J.

May _____, 2022
New York, New York