UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SUNI MUNSHANI and<br>SURESH MUNSHANI,<br><br>                Defendants. | No. 22-cr-00215-JSR |

### DEFENDANT SURESH MUNSHANI'S MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying August 1, 2022 Memorandum of law, Defendant Suresh Munshani, by his undersigned attorneys, will move the Court before the Honorable Jed Rakoff at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 14B, at a date and time to be determined by the Court, for an order dismissing Count I as duplicitous, and for such other and further relief as the Court deems just and proper. Mr. Munshani respectfully requests that the Court hold oral argument on this motion.

Dated: August 1, 2022
       New York, New York

                                    Respectfully submitted,

                                    **GUSRAE KAPLAN NUSBAUM PLLC**

                                    /s/ Martin H. Kaplan
                                    Martin H. Kaplan
                                    Kari Parks
                                    120 Wall Street, 25th Floor
                                    New York, New York 10005
                                    (212) 269-1400
                                    mkaplan@gusraekaplan.com
                                    kparks@gusraekaplan.com

                                    *Counsel for Defendant Suresh Munshani*

1