UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SUNI MUNSHANI and SURESH MUNSHANI,

Defendants.

No. 22-cr-215

**STIPULATION AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned, subject to this Court's approval, that:

1. Lance A. Clarke of the law firm Hamilton Clarke, LLP, 48 Wall Street, Suite 1100, New York, New York 10005 withdraws and is granted leave to withdraw as counsel for Defendant Suresh Munshani;

2. Martin H. Kaplan and Kari Parks of the law firm Gusrae Kaplan Nusbaum PLLC, 120 Wall Street, 25th Floor, New York, New York 10005, are substituted for Mr. Clarke as counsel for Defendant Suresh Munshani;

3. This substitution is made at the request of Defendant Suresh Munshani; and

4. The United States of America consents to Mr. Munshani's substitution of counsel.

Dated: May 26, 2022
      New York, New York

| GUSRAE KAPLAN NUSBAUM PLLC | HAMILTON CLARKE, LLP |
|---|---|
| /s/ Martin H. Kaplan | /s/ Lance A. Clarke |
| Martin H. Kaplan | Lance A. Clarke |
| Kari Parks | Hamilton Clarke, LLP |
| 120 Wall Street, 25th Floor | 48 Wall Street, Suite 1100 |
| New York, New York 10005 | New York, New York 10005 |
| (212) 269-1400 | (212) 729-0952 |
| mkaplan@gusraekaplan.com | LC@HamiltonClarkeLLP.com |
| kparks@gusraekaplan.com | |

DEFENDANT SURESH MUNSHANI

/s/ Suresh Munshani


SO ORDERED:

*Jed S. Rakoff, U.S.D.J.*
The Honorable Jed S. Rakoff, U.S.D.J.

Aug  26  , 2022
New York, New York

2