AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22 Cr. 215 (JSR) |
| Suni Munshani, Suresh Munshani | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 12/08/2022

/s/ Steven J. Kochevar
*Attorney's signature*

Steven J. Kochevar SK0188
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
One St. Andrews Plaza
New York, NY 10007
*Address*

steven.kochevar@usdoj.gov
*E-mail address*

(212) 637-2262
*Telephone number*

(212) 637-2620
*FAX number*