UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SURESH MUNSHANI<br><br>*Defendant*. | 22 Cr. 215 (JSR) |

## NOTICE OF APPEARANCE

Please take notice that Justin Weddle of Weddle Law PLLC, with offices located at 250 W. 55th Street, Floor 30, New York, NY 10019, hereby enters an appearance as counsel on behalf of **SURESH MUNSHANI** for purposes of seeking bail pending appeal. I have also filed a notice of appearance as Mr. Munshani's appellate counsel. I certify that I am admitted to practice in the Southern District of New York.

Dated:    New York, NY
          July 11, 2023

*/s/ Justin S. Weddle*
———————————————
Justin S. Weddle
Weddle Law PLLC
250 W. 55th Street, Floor 30
New York, NY 10019
212-997-5518
jweddle@weddlelaw.com