```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :     22-cr-00215 (JSR)
        -v-                         :
                                    :     ORDER
SURESH MUNSHANI                     :
                                    :
        Defendant.                  :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    On July 14, 2023, the defendant submitted an application for bail pending appeal. See ECF No. 92. After considering the parties' briefing, the Court denies the defendant's request for bail pending appeal. While a memorandum detailing the reasons for this decision will issue in due course, it is essentially for the reasons set forth in the Government's answering papers.

    However, the Court grants the defendant's request for an adjournment of his surrender date. Specifically, the surrender date is moved from August 1 to August 22, at 2 p.m. at the designated institution.

    SO ORDERED.

Dated:   New York, NY

        July 21, 2023                JED S. RAKOFF, U.S.D.J.