```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :   22-cr-00215 (JSR)
         -v-                        :
                                    :       ORDER
SURESH MUNSHANI                     :
                                    :
     Defendant.                     :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

At the defendant's request, and with the government's consent, the date on which the defendant has to surrender to prison authorities is hereby adjourned from August 22, 2023 to September 19, 2023. No further adjournments will be granted.

SO ORDERED.

Dated:    New York, NY

         July 31, 2023                    _____
                                              JED S. RAKOFF, U.S.D.J.