```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :     22-cr-00215 (JSR)
          -v-                       :
                                    :         ORDER
                                    :
SURESH MUNSHANI                     :
                                    :
     Defendant.                     :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

At the request of Protegrity USA ("Protegrity"), a victim of fraud in this case, the Clerk of Court is directed to issue to Protegrity's counsel a certified abstract of judgment in this matter.

SO ORDERED.

Dated:    New York, NY
          August 15, 2023                    _____
                                             JED S. RAKOFF, U.S.D.J.