```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
        -v.-                        :    22-cr-00215 (JSR)
                                    :
SURESH MUNSHANI                     :    ORDER
                                    :
        Defendant.                  :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

In order to facilitate the defendant Suresh Munshani's surrender to his designated facility to serve his sentence on September 19, 2023, Suresh Munshani's conditions of release are amended as follows: Pretrial Services and/or the Probation Department are directed to remove Suresh Munshani's electronic monitoring bracelet and any related apparatus on September 18, 2023; and Suresh Munshani's travel restrictions are expanded to permit him to travel from the Southern District of New York to Pennsylvania to surrender at FCI Allenwood Low. All other conditions of release remain unchanged.

SO ORDERED.

Dated:   New York, NY

         September 14, 2023                _____
                                           JED S. RAKOFF, U.S.D.J.