```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :      22-cr-00215 (JSR)
         -v-                        :
                                    :         ORDER
                                    :
SURESH MUNSHANI                     :
                                    :
     Defendant.                     :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The Court respectfully directs the Clerk of Court to modify the viewing level for the following document to Selected Parties, permitting only attorneys having appeared for a party in the case to view the document: Dkt No. 81-6.

SO ORDERED.

Dated:   New York, NY                    _____
         October 23, 2023                JED S. RAKOFF, U.S.D.J.