```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :   22-cr-00215 (JSR)
          -v-                       :
                                    :         ORDER
                                    :
SURESH MUNSHANI                     :
                                    :
     Defendant.                     :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The Court respectfully directs the Clerk of Court to modify the viewing level for the following documents to Selected Parties, permitting only attorneys having appeared for a party in the case to view the document: Dkt Nos. 81-10 and 81-11.

SO ORDERED.

Dated:   New York, NY
         October 24, 2023                  _____
                                           JED S. RAKOFF, U.S.D.J.