```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA        :
                                :
         -v.-                   :   22-cr-00215 (JSR)
                                :
SURESH MUNSHANI                 :   ORDER TERMINATING BAIL
                                :   RESTRICTIONS
         Defendant.             :   U.S.M.S. Reg. No. 95805-509
                                :
-------------------------------x
```

JED S. RAKOFF, U.S.D.J.

WHEREAS, on April 13, 2022, the defendant Suresh Munshani ("Suresh") was ordered released on conditions, including the surrender of any travel documents.

WHEREAS, on April 13, 2022, Suresh surrendered his travel documents to Pretrial Services. In addition, Suresh may have surrendered a phone to Pretrial.

WHEREAS, on May 15, 2023, a judgment of conviction was entered sentencing Suresh to nine months imprisonment, and on September 19, 2023, Suresh surrendered to his designated institution (FCI Allenwood Low) and commenced service of his sentence.

WHEREAS, upon Suresh's surrender to serve his sentence, the justification for an order requiring Suresh to surrender his travel documents has ended.

NOW, THEREFORE, IT IS HEREBY ORDERED, that Pretrial Services return Suresh's travel documents and any Suresh phone

in Pretrial's possession to Justin Weddle or any agent of Weddle Law PLLC, or Tara Munshani,

    SO ORDERED.

Dated:    New York, NY

           December 14, 2023    JED S. RAKOFF, U.S.D.J.