UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

SURESH MUNSHANI

**Order of Restitution**

S2 22 Cr. 215 (JSR)

---

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Timothy V. Capozzi and Steven J. Kochevar, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction on Counts One and Two of the Superseding Indictment (the "Indictment"); and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

SURESH MUNSHANI, the defendant, shall pay restitution in the total amount of $860,000, pursuant to 18 U.S.C. § 3663A(a)(1), to the victim of the offenses charged in Counts One and Two. The name, address, and specific amount owed to the victim is set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of the victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

   A. **Joint and Several Liability**

Restitution in the amount of $860,000 is joint and several with the following defendant in the following case: SUNI MUNSHANI, S1 22 Cr. 215 (JSR). The defendant's liability to pay this portion of the restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or the victim in Schedule A has recovered the total amount of loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victim.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, the restitution owed will be payable in installments of at least 10 percent of the defendant's gross monthly income, beginning with the second month of the defendant's period of supervised release.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.    **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).

SO ORDERED:

_____          12/14/23
HONORABLE JED S. RAKOFF                 DATE
UNITED STATES DISTRICT JUDGE

2023.2.16                                      3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SURESH MUNSHANI

**Order of Restitution
Schedule of Victims**

S2 22 Cr. 215 (JSR)

| **TOTAL RESTITUTION OWED: $860,000** | | |
|---|---|---|
| **NAME** | **ADDRESS** | **LOSS AMOUNT** |
| **JOINT AND SEVERAL WITH SUNI MUNSHANI:** | | |
| Protegrity USA, Inc. | c/o Timothy Treanor<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019 | $860,000 |