```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :    22-cr-00215 (JSR)
           -v-                      :
                                    :    MEMORANDUM ORDER
SURESH MUNSHANI,                    :
                                    :
           Defendant.               :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On January 8, 2024, defendant, Suresh Munshani, filed a pro se motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) based on Amendment 821 to the Sentencing Guidelines. See ECF No. 111. At the time of sentencing, the Court calculated the guidelines range to be 46 to 57 months' imprisonment, based on an offense level of 23 and a Criminal History category of I. 5/10/23 Tr. at 2:10-18, 6:19-23, ECF No. 88. The Court then sentenced to Mr. Munshani to 9 months' imprisonment. Id. at 24:1-6.

Under Amendment 821, Mr. Munshani qualifies as a zero-point offender, so he is entitled to a two-point reduction in his offense level, which results in a new guidelines range of 37 to 46 months. See Suppl. Presentence Report, at 2-3, ECF No. 112. However, because this Court already sentenced Mr. Munshani to a term of imprisonment lower than the new, revised guidelines range under Amendment 821, Mr. Munshani is not eligible for a sentence reduction. Id. at 4. See U.S.S.G. § 1B1.10(b)(2)(A).

Accordingly, Mr. Munshani's motion for a sentence reduction is denied. The Clerk of Court is respectfully directed to close docket entry number 111.

Dated:   New York, NY  
        January 31, 2024        _____  
                                            JED S. RAKOFF, U.S.D.J.