UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -v-

SURESH MUNSHANI,

       Defendant.

---

22-cr-215 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On September 6, 2024, defendant Suresh Munshani submitted a letter requesting that the Court amend the terms of his supervised release to permit him to travel to India for a period of thirty days in order to attempt to restart his business. The Government submitted a letter in opposition to the Court on September 13, 2024. Upon due consideration of the parties' written submissions, the Court hereby grants defendant's request. Only six months remain in defendant's period of supervised release. While there are risks that defendant may not return to the United States, the possibility of his becoming a more productive member of society -- as well as someone able to make greater restitution to his victims -- justifies this risk.

Defendant must submit a copy of his travel plans, including both departure and return flight information, to the Court and to Probation before leaving the country.

SO ORDERED.

New York, NY
September _18_, 2024

JED S. RAKOFF, U.S.D.J.