```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
        -v.-                        :    22-cr-00215 (JSR)
                                    :
SURESH MUNSHANI                     :    ORDER
                                    :
        Defendant.                  :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The Court hereby revises its December 16, 2024 Order (ECF 140), which granted Suresh Munshani's request to travel for a period of no longer than ninety days to certain specified countries. The permission is expanded to include travel to Canada, in addition to India and the United Arab Emirates. The Defendant is hereby ordered to provide his travel details to Probation and the prosecution.

SO ORDERED.

Dated:   New York, NY                /s/ Jed S. Rakoff
         December 24, 2024           JED S. RAKOFF, U.S.D.J.