UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
                                   :    22-cr-215-2 (JSR)
          -v-                      :
                                   :    ORDER
SURESH MUNSHANI,                   :
                                   :
     Defendant.                    :
                                   :
------------------------------------x

JED S. RAKOFF, U.S.D.J.:

     On February 14, 2023, a jury found defendant Suresh Munshani guilty of conspiracy to commit wire fraud and conspiracy to commit money laundering. ECF No. 60. On May 10, 2023, the Court principally sentenced Munshani to nine months' imprisonment, to be followed by one year of supervised release. See ECF No. 84. Munshani appealed the judgment of conviction to the United States Court of Appeals for the Second Circuit, which affirmed the judgment in a summary order issued on October 9, 2024. United States v. Munshani, No. 23-6520-cr, 2024 WL 4448708. The Second Circuit's mandate to this Court issued on December 5, 2024. See ECF No. 138.

     More than a year after the Circuit's mandate issued, on February 13, 2026, attorney B. Alan Seidler appeared in this action as counsel for Munshani. See ECF No. 152. But, on February 19, 2026, and again on February 20, 2026, Munshani wrote to the Court pro se, requesting that the Court relieve Seidler as his counsel and that the Court grant a thirty-day extension of what Munshani represented was the then-impending deadline for him to file a motion pursuant to 28 U.S.C.

§ 2255. In support of his request that Seidler be relieved as his counsel, Munshani referred to disagreements between himself and Seidler with regard to the content of his anticipated Section 2255 motion. On February 23, 2026, Seidler moved to be relieved as counsel, citing substantially the same reasons. See ECF No. 153. That same day, Munshani again wrote to the Court pro se, confirming that he wished "to have counsel relieved and proceed on a pro se basis."

In light of these events, the Court hereby grants Seidler's motion to be relieved as counsel for Munshani and permits Munshani to proceed pro se, as he requested. However, the Court hereby denies Munshani's request for an extension of the time to file a motion under Section 2255. The time for Munshani to file such a motion has long passed because Section 2255 establishes a "1-year period of limitation," which "shall run from the latest of," among other things, "the date on which the judgment of conviction becomes final." See 28 U.S.C. § 2255(f)(1). Thus, any Section 2255 motion had to be filed, at latest, on January 7, 2026, one year after Munshani's "time for seeking direct review of his conviction and sentence in the Supreme Court expired." See Baldayaque v. United States, 338 F.3d 145, 150 (2d Cir. 2003).

The Clerk of Court is respectfully directed to terminate the motion at docket entry number 153.

Dated:    New York, NY
          February 24, 2026

                                    JED S. RAKOFF, U.S.D.J.