UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA                 :
                                         :
                                         :    22-cr-215-2 (JSR)
          -v-                            :
                                         :    ORDER
SURESH MUNSHANI,                         :
                                         :
     Defendant.                          :
                                         :
------------------------------------x

JED S. RAKOFF, U.S.D.J.:

On February 24, 2026, the Court issued an Order that, among other things, denied defendant Suresh Munshani's request for an extension of the deadline for him to file a motion pursuant to 28 U.S.C. § 2255. See ECF No. 154. The Court reasoned that the time for Munshani to file such a motion had long expired. See id. at 2.

Munshani wrote to the Court, pro se, on February 26, 2026, requesting that the Court reconsider its Order on the basis that, because he had filed a petition for a writ of certiorari that the United States Supreme Court denied less than a year before he requested from this Court an extension of the deadline to file his anticipated Section 2255 motion, that request for an extension of the deadline was not untimely. Due to an apparent administrative error, this Court's docket for Munshani's case does not reflect either his petition for a writ of certiorari, which he filed on January 3, 2025, nor the Supreme Court's denial of that petition, which occurred on February 24, 2025. The Court has now reviewed the Supreme Court's docket and confirmed those dates. See Munshani v. United States, No. 24-6264 (U.S.).

1

Accordingly, the Court hereby vacates the portion of its prior Order that denied Munshani's request for an extension of time to file his anticipated motion pursuant to Section 2255. The Court hereby grants Munshani's application and hereby extends the deadline for him to file a Section 2255 motion until March 26, 2026.

SO ORDERED.

Dated:    New York, NY
          February 27, 2026

_____
JED S. RAKOFF, U.S.D.J.