UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,    :

                    :

           Plaintiff,    :        22-CR-215-2 (JSR) (RWL)

                    :

      - against -    :

                    :        **ORDER**

SURESH MUNSHANI,    :

                    :

         Defendant.    :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 23, 2026, Defendant filed a motion to vacate. The matter has been referred to me for report and recommendation. No opposition has been filed. Accordingly, the Government shall file its opposition by **June 15, 2026**. Any reply shall be filed by **July 29, 2026**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 15, 2026
      New York, New York

Copies transmitted this date to all parties of record.

1