Request granted in part. Petitioner may file a reply of no more than 25 pages, which must be double-line spaced.

SO ORDERED:

7/16/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

July 13, 2026

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Munshani v. United States*, No. 1:26-cv-02399 (JSR) (RWL)
*United States v. Munshani*, No. 1:22-cr-00215 (JSR)
**Request for Leave to File a Reply Memorandum Exceeding the Page Limit**

Dear Judge Lehrburger:

I am the petitioner in the above-captioned matter, proceeding pro se on my motion under 28 U.S.C. § 2255. I write respectfully to request leave to file a reply memorandum that exceeds the ten double-spaced pages allowed for reply memoranda under Rule 2(e) of Judge Rakoff's Individual Rules of Practice. To the extent that limit applies to a reply in a Section 2255 proceeding, I respectfully request permission to file a reply not to exceed twenty-five (25) double-spaced pages.

My motion raises five separate claims of ineffective assistance of trial counsel. The Government's opposition (ECF No. 162) responds to each of those claims and also raises threshold questions concerning custody, the availability of a writ of error coram nobis, and timeliness. I have tried to keep my reply as concise as possible while answering each of the Government's arguments and supporting every factual assertion with a citation to the record. I do not believe those arguments can be fairly answered within ten pages.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Suresh Munshani
Suresh Munshani
Petitioner, pro se
345 South End Avenue
New York, New York 10280
smunshani@aol.com
(917) 520-1666